UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 SEP -4  PM 4:09

CLERK

BY \_\_\_KP\_\_\_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 2:24-cr-94-1-2 |
| CHRISTOPHER BOISVERT and MEGHAN COX, | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 26, 2024, in the District of Vermont, the defendants, CHRISTOPHER BOISVERT and MEGHAN COX, knowingly and voluntarily agreed and conspired to unlawfully obstruct, delay, and affect commerce and the movement of articles in commerce by robbery and to commit and threaten physical violence to persons and property in furtherance of robbery, namely the unlawful taking and obtaining of personal property, drugs, and money, by means of actual or threatened force, violence, and fear of injury.

(18 U.S.C. § 1951(a))

## COUNT TWO

On or about August 26, 2024, in the District of Vermont, the defendant, CHRISTOPHER BOISVERT, by force, violence, and intimidation, took from the person of another money, namely approximately $2500 in United States currency, belonging to and in the care, custody, control, management, and possession of TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

## COUNT THREE

On or about August 26, 2024, in the District of Vermont, the defendant, CHRISTOPHER BOISVERT, by force, violence, and intimidation, took from the person of another money, namely approximately $5000 in United States currency, belonging to and in the care, custody, control, management, and possession of Brattleboro Savings and Loan, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

A TRUE BILL

███████████████

FOREPERSON

NIKOLAS P. KEREST (TJA)
United States Attorney
Rutland, Vermont
September 4, 2024